dismissed unless records and briefs are filed and served on or before February 28, 1962.

■ (A) In the Matter of HERBERT SHAFER. (B) In the Matter of the BAPTIST TEMPLE et al., Respondents, v. F. ALTON FRASCH et al., Appellants. (C) In the Matter of WILLIAM A. WELSTED & SON. KRONENBERG'S, INC. (D) In the Matter of the Intermediate Accounting of SECURITY TRUST CO., as Trustee of Trust Executed by CHARLES M. THOMS and Others (8 Proceedings). (E) In the Matter of JOHN J. BELMONT, Respondent, v. H. ELIOT KAPLAN et al., as Commissioners of New York State Department of Civil Service, Appellants. (F) In the Matter of the Probate of the Will of GEORGE KLEIN, Deceased. — [In each case] Appeal dismissed unless records and briefs are filed and served on or before March 5, 1962.

■ MARSHALL F. DUNN et al., Respondents, v. NIAGARA PLASTIC MOLDS, INC., Appellant.— Motion for a stay denied.

■ DAVID J. ELMER, Appellant, v. JOHN B. BYRD et al., Respondents.— Motion to dismiss appeal denied.

■ EDWIN A. URBAN, Appellant, v. BETTY W. URBAN, Respondent.— Motion granted and order dismissing appeal vacated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR ANDERSON, Appellant.— Motion to dismiss appeal denied. Motion granted to appeal on original record, typed briefs; John J. Olszewski, Esq., assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and time for filing respondent's brief extended to March 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and appeal from order of Erie County Court entered September 22, 1961 granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY W. ODDY, Appellant..— Motion granted and time for argument of appeal enlarged to include March 1962 Term.

## (March 29, 1962)

(For balance of decisions of March 29, 1962, see *post*, pp. 991–996.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED McDONALD, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN CELESTE, Defendant.— Motion granted and Louis C. Zannieri, Esq. substituted as attorney for defendant in place and stead of Albert E. Hollis, Esq.

■ (A) CHURCHILL MOTOR, INC., Respondent, v. A. C. LOHMAN, INC., Appellant. (March 30, 1962, brief only.) (B) In the Matter of LEONARD J. HILL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) (C) In the Matter of LEO T. NOONAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) — Motion granted to appeal on typed papers. (D) RUSHER FORD SALES, INC., Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant. (April 16, 1962.) (E) GEORGINE B. HAIRSTON, Respondent, v. RICHARD HAIR-

STON et al., Appellants. (April 16, 1962.) (F) MICHAEL ROSSI et al., Respondents, v. STATE OF NEW YORK, Appellant. (June 1, 1962.) (G) ANTHONY RUSSO, an Infant, et al., Appellants, v. HULBERT FORWARDING CO., INC., et al., Respondents. (And Two Other Actions.) (June 1, 1962.) (H) EILEEN GRECO et al., Appellants, v. ACME SUPER MARKETS, INC., Respondent. (July 2, 1962.) (I) JOHN MOLINARI, Appellant, v. GARDEN PARTY HOUSE, INC., Respondent. (July 2, 1962.) (J) JOHN DEERE COMPANY OF SYRACUSE, INC., Respondent, v. ROBERT D. HENRY, Appellant. (August 14, 1962.) (K) GILBERT GOKEY et al., Respondents, v. VILLAGE OF NORTH SYRACUSE, Appellant. (May 1, 1962.) — [In each action] Appeal dismissed unless records and briefs filed and served as indicated.

■ DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent, v. F. A. CONRAD, Individually, and as President of Milk Drivers' and Dairy Employees Union, Local No. 338, et al., Appellants.— Motion for a stay denied. Motion to add case to March Term Calendar granted; respondent directed to serve typewritten brief on appellants on or before April 5, 1962 and to file and serve printed briefs prior to argument of appeal.

■ EDWIN A. URBAN, Respondent, v. BETTY W. URBAN, Appellant.— Motion to strike case from March Term Calendar denied. Respondent granted permission to file and serve typewritten briefs on or before April 2, 1962.

■ In the Matter of BERNARD J. NELSON, Petitioner, v. MAYOR OF THE CITY OF SYRACUSE et al., Respondents.— Motion for a stay denied.

■ JOSEPHINE BERRY, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Motion to prosecute appeal on typed papers granted; appeal dismissed unless records and briefs are filed and served on or before June 1, 1962.

■ DOMENIC R. URCIUOLI, Respondent, v. SUSAN M. CICIARELLI et al., Appellants.— Appeal dismissed unless briefs are filed and served on or before April 16, 1962.

■ ELIZABETH A. BRONNER, an Infant, by Her Guardian ad Litem, M. DOROTHY BRONNER, Appellant, v. COUNTY OF ONONDAGA, Respondent. ANDREW J. BRONNER, Appellant, v. COUNTY OF ONONDAGA, Respondent.— Application for final order of dismissal of appeals denied, without prejudice to renew upon filing proof of timely service of conditional order.

■ ROBERT H. DIFFIN, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed unless briefs are filed on or before April 11, 1962.

■ (A) ETTA M. BOLDEN, Respondent, v. HARRY SPIEGELMAN et al., Appellants. (B) CITY OF ROCHESTER, Respondent, v. JACK HARRADINE, Appellant. (C) WALTER MURAL, Appellant, v. JOAN A. TURK, Respondent. (D) GERTRUDE SWARTZ et al., Appellants, v. ROBERT CURRIER et al., Respondents. (E) DONA CURRIER et al., Plaintiffs, v. GERTRUDE SWARTZ et al., Defendants. (F) LAWRENCE TORCELLO, Appellant, v. NORMAN P. HUMEL by ROBERT HUMEL, SR. His Guardian ad Litem, Respondent. (G) In the Matter of SAMUEL VILLARI, Doing Business as WESTERN NEW YORK DRIVING SCHOOL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. (H) In the Matter of OTTO W. WINTER, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— [In each action] Motion granted and appeal dismissed.